## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Vincent Veloz, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Capitol Police ("USCP"), where I have served since September 2005. I am currently assigned to the USCP Investigations Division, Threat Assessment Section ("USCP/TAS"). Prior to working in the Investigations Division, I was assigned to the Capitol Division, First Responder Unit ("FRU") until March 2017. I am a graduate of the Mixed Basic Police Training and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. I have completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques. In the course of my employment as a Special Agent with the USCP, I have received training in, and have experience with, the application for and execution of both search and arrest warrants. I have also received training in, and have experience with, assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence. I have participated in and conducted investigations involving multiple different violations of federal law, including the transmission of threatening communications to members of Congress.

2.      This affidavit is made in support of a criminal complaint and arrest warrant for Kasey Charles HAWORTH (hereinafter "HAWORTH") for violating 18 U.S.C. § 875(c).  Title 18, United States Code, section 875(c) makes it a crime to transmit in interstate or foreign commerce any communication containing any threat to injure the person of another.

3.      The facts and information contained in this affidavit are based upon my direct participation in this investigation and based upon facts as relayed to me by other law enforcement officers. This affidavit is submitted for the limited purpose of establishing probable cause for the

charged offense. As a result, I have not included each and every fact known to me regarding this matter.

## **PROBABLE CAUSE**

4.       On or about October 21, 2023, at approximately 1:32 p.m., an individual later identified as HAWORTH used the X Corp. (formerly known as Twitter and referred to herein as "X") handle [Twitter Handle] with display name "[Display Name][Display Name]" to tweet a threat to kill a United States congresswoman ("Congresswoman 1"), whose identity is known to the USCP but anonymized in this affidavit. Specifically, HAWORTH made the following statement:

> I will shoot [Congresswoman 1] dead on July 4th 2024….that is how much I like people from [Congresswoman 1's country of birth] babe lmfao.

5.       A review of other messages posted to X using that user's handle revealed additional threatening comments directed towards Congresswoman 1 and other public officials. The messages include, but are not limited to:

a.   On or about October 28, 2023, at approximately 2:06 p.m., [Twitter Handle] posted: "July 4th couldn't come sooner, that's why they're working overtime to put the USA in a recession, trying to destroy this baby before I can fix her up!!!!! Heads on spikes and that's it folks!!!!!"

b.   On or about October 21, 2023, at approximately 1:48 p.m., [Twitter Handle] posted: "I'll cut [Congresswoman 1's] fucking clit off her, give her a taste of fucking home before I send her through the wood chipper to Allah!"

c.   On or about October 21, 2023, at approximately 1:45 p.m., [Twitter Handle] posted: "I will light [Congresswoman 1] on fire in a fucking cage I don't give a single mother fuck about that ugly rat bitch!"

d.   On or about October 21, 2023, at approximately 1:42 p.m., [Twitter Handle] posted: "Im gonna feed [Congresswoman 1] through a fucking wood chipper legs first! FUCK THAT BITCH"

e.   On or about October 21, 2023, at approximately 1:43 p.m., [Twitter Handle] posted: "Im sending [Congresswoman 2[1]] in head first folks, anything to shut that bitch up!"

f.   On or about October 21, 2023, at approximately 1:41 p.m., [Twitter Handle] posted: "Remember babe enemies are enemies both foreign and domestic! Someone tell [Congresswoman 1] the clocks ticking ya ugly bitch!"

g.   On or about October 21, 2023, at approximately 4:02 p.m., [Twitter Handle] posted: "I am going to put a dildo made up of c4 up [Congresswoman 1's] asshole then have [Congresswoman 2] lick her ass then ill denote it! Chao bitches."

h.   On or about October 22, 2023, at approximately 3:51 p.m., [Twitter Handle] posted: "Something that's been alarming is there's a lot of conservatives taking sides with Russia in the Russia Ukraine war, let me make this clear, just like ill shoot [Congresswoman 1] dead on July 4th I will also shoot any Russian fan boys dead on July 4th. Y'all ain't Americans."

i.   On or about October 22, 2023, at approximately 1:49 p.m., [Twitter Handle] tweeted: "I just want to kill and fuck babe, I'm old school!"

j.   On or about October 13, 2023, at approximately 12:25 p.m., [Twitter Handle] tweeted: "I want to fucking kill babe..... I might head on over to that border babe."

k.   On or About October 13, 2023, at approximately 12:26 PM, [Twitter Handle] tweeted: "I was born to end lives babe."

6.    USCP has obtained information indicating that HAWORTH is the user of the X account with handle [Twitter Handle]  For example, messages posted to X using that handle revealed the subscriber's first name ("Kasey"), age ("my 28 years living"), and possible location ("stuck me in Farmington, Connecticut"). In addition, the user posted to X several selfie-style photos and videos showing the user's face.

7.    With the information posted to the X account, USCP queried open-source databases and identified a person in Farmington, Connecticut named "Kasey" who is 28 years old: Kasey C. HAWORTH, who was born in 1995, lives in Farmington, and uses an email address which is

---

[1]    Congresswoman's 2 identity is known to the USCP, but it is anonymized in this affidavit.

known to me but anonymized in this affidavit ("Email 1") and a phone number that is known to me ending in 6067 ("Phone 1").

8.      Law-enforcement database checks on HAWORTH revealed a Connecticut driver's license ending in -378 in the name of Kasey Charles HAWORTH with a home address, which is known to me, in Farmington, Connecticut ("HAWORTH's Home Address").

9.      On or about October 21, 2023, I contacted the Connecticut Fusion Center and requested HAWORTH's driver's license information and photo. The Connecticut State Police's Communication Center provided information related to HAWORTH's driver's license, with number ending in -378, which included HAWORTH's Home Address in Farmington and a photo obtained from DMV records. The DMV photo revealed the same facial characteristics as a selfie-style photo and video posted by the user of X account with handle [Twitter Handle]

10.     On or about October 26, 2023, X provided subscriber information to the USCP for the X account with handle [Twitter Handle] That information shows that the account is registered to a person with Email 1 listed as the person's email address and Phone 1 listed as the person's phone number, which is the same contact information discussed in paragraph 7, above. In addition, the information provided by X shows that on October 21, 2023, the user of the X account with handle [Twitter Handle] logged into X using internet-protocol address ("IP") address 174.180.20.111, which is also the most frequently used IP address in the records that X provided.

11.     On or about October 27, 2023, Comcast provided information about IP address 174.180.20.111. Comcast's information revealed that on, at least, October 21, 2023, that IP addressed was assigned to a Comcast account with subscribers D. and S. HAWORTH,[2] and that

---

[2]      D. and S.'s full names were included in the Comcast records, but are shortened in this affidavit.

the service address for that account is HAWORTH's Home Address. Based on this investigation, D. and S. HAWORTH appear to be Kasey HAWORTH's parents. In addition, the information provided by Comcast indicates that one of the "E-mail User IDs" for the account that used the above-described IP address on October 21, 2023, was "kasey410," which includes HAWORTH's first name.

12.     The IP address used to access the X account with handle [Twitter Handle] on October 21, 2023, was assigned to an internet subscriber based in Connecticut, while the USCP received the message in Washington, DC. And, because HAWORTH posted the above-described messages to X, they were all accessible from any internet-connected device with access to X in the United States, or elsewhere.

13.     On or about October 24, 2023, personnel from the United States Secret Service ("USSS") and Farmington Police Department ("FPD") talked to HAWORTH at HAWORTH's Home Address in Farmington because of statements posted to X about the President of the United States and his family. Specifically, messages posted to the X account with handle [Twitter Handle] about the President and his family include:

   a.   "Hunter biden is on the top of HOWIES to skin list. Ill skin the boy in front of his pop then I'll blow his pops head off after a week of morning his son. Joe Biden is a dumb son of a bitch that bit off more than he can chew getting into American politics in my USA[.]" Posted on or about October 21, 2023.

   b.   "Biden on Sept 11th gave Iran americas enemy billions of dollars to keep waging war against America..... 22 years after 9/11 ....... 2 is my wife's angel number....... JOE BIDEN I am going to skin you and your crackhead son alive!" Posted on or about September 16, 2023.

14.     During the interview with USSS and FPD personnel, HAWORTH acknowledged language that he had used in tweets posted to X about killing the President and harming his son, and he said that he thought that harming the President and his son in the manner he described was

5

appropriate punishment for traitors. In addition, HAWORTH said, among other things and in sum and substance, that he could not be killed because he was a God, he would soon be old enough to become the true leader of the United States, he would be appointed by the CIA to lead the United States on July 4th, and he would address traitors as the leader of the United States.

15.     On or about October 30, 2023, less than a week after the visit from USSS and FPD personnel, the following posts, among others, appeared on HAWORTH's X account with handle Twitter Handle

a. "What a fucking life I've had busting my ass for this country only to have these corrput [*sic*] fuck heads treat me like this. It ain't gonna end well for any of you, I cannot be killed." Posted on or about October 30, 2023, at approximately 3:23 p.m.

b. "Anyone working in law enforcement in the USA that tries to shoot me will be killed by me, if you see me trying to take back my government don't try to stop me or you will be the one who dies and thats it!" Posted on or about October 30, 2023, at approximately 3:58 p.m.

## <u>CONCLUSION</u>

16.     Based on the foregoing, there is probable cause to believe that Kasey C. HAWORTH transmitted, in interstate and foreign commerce, a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

17.     Accordingly, I respectfully request the issuance of a criminal complaint and arrest warrant authorizing the arrest of Kasey C. HAWORTH.

Veloz, Vincent NMI.
Digitally signed by Veloz, Vincent NMI.
Date: 2023.11.01 10:56:34 -04'00'

VINCENT VELOZ, Special Agent
United States Capitol Police

The truth of the foregoing affidavit has been attested to me by Vincent Veloz over the telephone on this 1st day of November, 2023, in Hartford, Connecticut.

Date: 2023.11.01 14:42:01 -04'00'

HONORABLE THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE